

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

In the Matter of the Temporary   §   No. 08-17-00205-CV
Guardianship of the Person and Estate of
Eduardo Fuentes Varela, an Adult,   §   Appeal from the

Appellant.   §   Probate Court No. 1

§   of El Paso County, Texas

§   (TC# 2016-CGD00220)

§

**O R D E R**

The Court GRANTS Jason P. Mestas' request for an extension of time within which to file the Reporter's Record until **January 10, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Jason P. Mestas, Court Reporter for Probate Court No. 1 for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before **January 10, 2018.**

IT IS SO ORDERED this 21st day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.